# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FERNANDO CASTRO-MURILLO,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of Imperial Regional Detention Facility, et. al.<br><br>                              Respondents. | Case No.:  26-cv-4130-BJC-MMP<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

On July 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  The Court adopts the Standard Procedures setting a briefing schedule for this Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  July 20, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-4130-BJC-MMP